UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE LOPEZ,<br><br>                    Plaintiff<br><br>    v.<br><br>NDOC, et al.,<br><br>                    Defendant | Case No. 2:24-cv-01528-CDS-MDC<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff has been released, and he is no longer at the address listed with the Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. Loc. R. IA 3-1. "Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Plaintiff shall file his updated address with this Court on or before **February 10, 2025**. If Plaintiff does not update the Court with his current address by **February 10, 2025**, this action will be subject to dismissal without prejudice.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall file his updated address with the Court on or before **February 10, 2025**.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

DATED THIS 10th day of January 2025.

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE